UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEMOND SCRUGGS,

    Plaintiff,

    v.

T.N.D.C. HOUSING, et al.,

    Defendants.

Case No. 16-cv-06470-PJH

**ORDER OF DISMISSAL**

The court having dismissed plaintiff's complaint on November 14, 2016, and the plaintiff having failed to file an amended complaint by the December 12, 2016 deadline set by the court, the action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: December 27, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge