UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMOND SCRUGGS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>T.N.D.C. HOUSING, et al.,<br><br>　　　　　Defendants. | Case No.  16-cv-06470-PJH<br><br>**JUDGMENT** |

　　　The court having dismissed the complaint in the above-entitled action, and plaintiff having failed to file an amended complaint by the December 12 deadline set by the court,

　　　it is Ordered and Adjudged

　　　that plaintiff take nothing, and that the action is dismissed.

　　　**IT IS SO ORDERED.**

Dated: December 27, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge