UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMOND SCRUGGS,<br><br>              Plaintiff,<br><br>   v.<br><br>TNDC HOUSING, et al.,<br><br>              Defendants. | Case No. 17-cv-02923-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Chief Judge Hamilton for consideration of whether the case is related to *Scruggs v. T.N.D.C. Housing*, No. 16-cv-6470-PJH.

**IT IS SO ORDERED.**

Dated: June 6, 2017



WILLIAM H. ORRICK
United States District Judge